In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of Lincoln Avenue in the Borough of Brooklyn.

CHARLES J. BENISCH et al., Appellants.

*Matter of City of New York (Lincoln Avenue)*, 168 App. Div. 922, affirmed.

(Argued April 13, 1916; decided May 2, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1915, which reversed an order of Special Term denying a motion to confirm the reports of commissioners of estimate and assessment, in so far as they affected premises of the appellants herein, in street opening proceedings. The proposed avenue runs directly through the center of the appellants' plant, dividing it into two almost equal parts. It is contended that this separation of the plant, with the consequent interference with its operation, will cause a very great consequential

damage to the remainder thereof, and that the damages allowed by the commissioners were grossly inadequate.

*Ferdinand Pecora* for appellants.

*Lamar Hardy, Corporation Counsel (Andrew C. Troy* and *Howard L. Campion* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.